**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS**
*********************************

| | | |
|---|---|---|
| **SPARTAN CONCRETE PRODUCTS, LLC,** | ) | |
| | ) | **CASE NO. 04 / 2015** |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | **COMPLAINT FOR ANTITRUST** |
| **ARGOS USVI, CORP. f/k/a CARICEMENT USVI, CORP.,** | ) | **VIOLATION & DAMAGES** |
| | ) | |
| DEFENDANT | ) | **TREBLE DAMAGES SOUGHT** |
| | ) | |

## O R D E R

**THIS MATTER** before the Court on Plaintiff **SPARTAN CONCRETE PRODUCTS, LLC**'s Motion to Amend Complaint & Incorporated Memorandum of Law.  Having reviewed the Motion, the Court will grant the same.

Accordingly, it is hereby:

**ORDERED** that Plaintiff Spartan Concrete Products, LLC's Motion to Amend Complaint & Incorporated Memorandum of Law is **GRANTED**; and it is further

**ORDERED** that a copy of this Order shall be directed to counsel of record.

**SO ORDERED THIS** _____ day of _____, 2016.

/s/_____